CV 13 - 4974

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NORTH ATLANTIC OPERATING COMPANY,   :
INC., AND NATIONAL TOBACCO   :
COMPANY, L.P.,   :   Civil Action No.:
  :
                Plaintiffs,   :   **ECF CASE**
  :
           - against -   :
  :
EVERGREEN DISTRIBUTORS, LLC;   :   **FILED UNDER SEAL**
DOUGLAS EZRING; NEW LINE FOOD   :
DISTRIBUTION, INC.; HOOKAH PLUS, INC.,   :
d/b/a HOOKAH PLUS; HUSSEIN HACHEM;   :
MANHATTAN WHOLESALERS NY CORP.,   :
d/b/a MANHATTAN WHOLESALERS, INC;   :   KORMAN, J.
MAJID RASHIDZADA; MAJID HAROON; 23rd   :
ST. GENERAL MARKET & DELI CORP., d/b/a   :   SCANLON, M.J.
GENERAL MARKET & DELI; GOURMET   :
FOOD MARKET; NEW STAR TOBACCO,   :
INC., d/b/a NEW STAR TOBACCO; and JOHN   :
DOES ONE through TEN, inclusive,   :
  :
                Defendants.   :

-------------------------------------------------------------X

### DECLARATION OF STEVEN T. GNADINGER IN SUPPORT OF
### MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER; ORDER
### GRANTING *EX PARTE* SEIZURE; ORDER ALLOWING EXPEDITED DISCOVERY;
### AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

      I, Steven T. Gnadinger, hereby declare and state as follows:

      1.      I am over the age of eighteen (18) and am competent to attest to this Declaration.

      2.      I am the Manager of Product Integrity at Plaintiff National Tobacco Company,

L.P. ("NTC") (together with Plaintiff North Atlantic Operating Company, Inc., "North

Atlantic").

      3.      In this capacity, I am responsible for ensuring that all authentic ZIG-ZAG® 1 ¼

Size French Orange Cigarette Paper Products (defined as roll-your-own cigarette paper products

and accessories) (hereinafter, "ZIG-ZAG® Orange") meet with North Atlantic's precise quality standards and properly display the ZIG-ZAG® and NAOC® Trademarks (as defined in the simultaneously filed Declaration of Clark Sturdivant, sworn on September 5, 2013).

4.    I am intimately familiar with the characteristic features of North Atlantic's high-quality, authentic ZIG-ZAG® Orange products and packaging, and I am able to distinguish between authentic ZIG-ZAG® Orange distributed by North Atlantic and counterfeit ZIG-ZAG® Orange based on a visual inspection.

5.    As detailed below, I visually inspected the particular ZIG-ZAG® Orange products and packaging originating from:

      i.    The Evergreen Defendants;[1] and

      ii.    The Hookah Plus Defendants.[2]

6.    I conclude, based on my specialized knowledge of North Atlantic's authentic ZIG-ZAG® products and packaging, that the particular products distributed by the Evergreen Defendants and the Hookah Plus Defendants are counterfeit, rather than genuine in nature.

A.    <u>Evergreen Defendants</u>

7.    On August 29, 2013, I received a United Parcel Service package containing two (2) sample cartons, representing 48 sample booklets, of ZIG-ZAG® Orange from Starco Impex Wholesale Outlet, 2710 South 11th Street, Beaumont, Texas 77701 ("Texas Wholesaler"). A

---

[1]    Defendants Evergreen Distributors, LLC (individually, "Evergreen"), Douglas Ezring (individually, "Ezring"), and New Line Food Distribution, Inc. (individually, "New Line").

[2]    Defendants Hookah Plus, Inc. (individually, "Hookah Plus"), and its owner, Hussein Hachem ("Hachem").

    As further detailed in the simultaneously filed Declaration of John M. Hood III, sworn on September 5, 2013, Defendants Manhattan Wholesalers NY Corp., d/b/a Manhattan Wholesalers Inc., its owner, Majid Rashidzada, and its agent, Majid Haroon (together, the "Manhattan Wholesalers Defendants"), sold confirmed counterfeit ZIG-ZAG® Orange from their wholesale location at 121 West 27th Street, New York, New York. North Atlantic representatives who were on site several months ago physically observed counterfeit ZIG-ZAG® Orange on the shelves. However, North Atlantic representatives were prevented from purchasing any sample products by the Manhattan Wholesalers Defendants, and, when they returned to the premises, the counterfeit ZIG-ZAG® Orange was gone.

true and accurate copy of the shipping label affixed to the package is attached to this Declaration as Exhibit A.

8.      The package contained an invoice and copies of shipping documents, which demonstrated that the sample cartons (i) originated from Defendants Evergreen and Ezring at 72 Longview Road, Port Washington, New York  11050; and (ii) were among 800 total cartons, representing 19,200 booklets, of ZIG-ZAG® Orange sold to the Texas Wholesaler by the Evergreen Defendants on August 22, 2013, at the below-market price of $23.00/carton, or $18,400.00. True and accurate copies of the invoice and shipping documents are attached to this Declaration as Exhibit B.

9.      I am informed, and on that basis believe, that Defendants Evergreen and Ezring are acting in concert with Defendant New Line, and that the sample cartons of ZIG-ZAG® Orange I received from the Texas Wholesaler also originate from Defendant New Line.

10.     I visually inspected the sample cartons and their contents (booklets and papers), and I conclude based on my specialized knowledge of North Atlantic's authentic ZIG-ZAG® Orange products and packaging that the sample cartons from the Evergreen Defendants are counterfeit, rather than genuine in nature, because, without limitation:

      i.   The overall print quality of the sample cartons and booklets is poor relative to the print quality of authentic cartons and booklets of ZIG-ZAG® Orange distributed by North Atlantic;

      ii.  The sample cartons and booklets are not coated with a characteristic ultraviolet varnish, which protects authentic cartons and booklets of ZIG-ZAG® Orange distributed by North Atlantic from fading;

iii.   When laid flat, the sample cartons are slightly shorter in height compared to authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic;

iv.   The sample cartons also do not contain a characteristic unvarnished area with serial number, located underneath the UPC code, which appears on all authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic;

v.   The perforations on the opening on the side of the sample cartons have small, straight-edged corners, while the perforations on the opening on the side of authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic have smooth, rounded corners;

vi.   When laid flat, the sample booklets are slightly longer than authentic booklets of ZIG-ZAG® Orange distributed by North Atlantic;

vii.   The edges of the sample booklets lack perforation nodes, which are present on all authentic booklets of ZIG-ZAG® Orange distributed by North Atlantic;

viii.   The sample papers display a false watermark that appears to have been printed on the surface of the papers, whereas the watermark displayed on all authentic ZIG-ZAG® Orange papers is an actual watermark that has been stamped into the papers; and

ix.   The glue line on the sample papers is darker and thicker than the glue line on authentic ZIG-ZAG® Orange papers distributed by North Atlantic.

Photographs of the sample cartons and booklets distributed by the Evergreen Defendants next to photographs of authentic ZIG-ZAG® Orange cartons and booklets distributed by North Atlantic are attached to this Declaration as Exhibit C.[3]

---

[3]   The characteristics described in items (iii) and (vii) are not visible in the digital photographs taken of the products and require a visual inspection in person to observe.

4

B.  Hookah Plus Defendants

11.  On September 4, 2013, I received a Federal Express package containing one (1) sample carton, representing 24 booklets, of ZIG-ZAG® Orange from a North Atlantic representative.

12.  The package contained a cover letter stating that the sample carton (i) was turned over to North Atlantic representative John M. Hood III at an interview held on June 5, 2013, by a defendant in North Atlantic's Eastern District of Michigan lawsuit (Case No. 1:13-cv-11791-GER-MAR) (filed April 22, 2013) (the "Michigan Action" and "Michigan Action Defendant," respectively); (ii) was one of 142 total cartons, representing 3,408 booklets, of ZIG-ZAG® Orange turned over by the Michigan Action Defendant at the June 5, 2013 interview; and (iii) was sold to the Michigan Action Defendant by the Hookah Plus Defendants.

13.  I visually inspected the sample carton and its contents (booklets and papers), and I conclude based on my specialized knowledge of North Atlantic's authentic ZIG-ZAG® Orange products and packaging that the sample carton distributed by the Hookah Plus Defendants is counterfeit, rather than genuine in nature, because, without limitation:

   i.   The overall print quality of the sample carton and booklets are poor relative to the print quality of authentic cartons and booklets of ZIG-ZAG® Orange distributed by North Atlantic;

   ii.  The sample carton and booklets are not coated with a characteristic ultraviolet varnish, which protects authentic cartons and booklets of ZIG-ZAG® Orange distributed by North Atlantic from fading;

   iii. When laid flat, the sample carton is slightly shorter in height compared to authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic;

iv.    The sample carton also does not contain a characteristic unvarnished area with serial number, located underneath the UPC code, which appears on all authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic;

v.    The perforations on the opening on the side of the sample carton have small, straight-edged corners, while the perforations on the opening on the side of authentic cartons of ZIG-ZAG® Orange distributed by North Atlantic have smooth, rounded corners;

vi.    When laid flat, the sample booklets are slightly longer than authentic booklets of ZIG-ZAG® Orange distributed by North Atlantic;

vii.    The edges of the sample booklets lack perforation nodes, which are present on all authentic booklets of ZIG-ZAG® Orange distributed by North Atlantic;

viii.    The sample papers display a false watermark that appears to have been printed on the surface of the papers, whereas the watermark displayed on all authentic ZIG-ZAG® Orange papers is an actual watermark that has been stamped into the papers; and

ix.    The glue line on the sample papers is darker and thicker than the glue line on authentic ZIG-ZAG® Orange papers distributed by North Atlantic.

Photographs of the sample carton and booklets distributed by the Hookah Plus Defendants next to photographs of authentic ZIG-ZAG® Orange cartons and booklets distributed by North Atlantic are attached to this Declaration as Exhibit D.[4]

\*   \*   \*

---

[4]    The characteristics described in items (iii) and (vii) are not visible in the digital photographs taken of the products and require a close, visual inspection in person to observe.

14.     Because the samples I received for the Evergreen Defendants are virtually identical to the samples I received for the Hookah Plus Defendants, and I am informed, and on that basis believe, that both samples are virtually identical to the ZIG-ZAG® Orange papers and products distributed by the Manhattan Wholesalers Defendants, I conclude that it is probable that all products were manufactured and/or distributed, or originated from, the same, *i.e.*, a single source.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated:  September 5, 2013
        Louisville, Kentucky

STEVEN T. GNADINGER

7

# **<u>EXHIBIT A</u>**



# **EXHIBIT B**

https://www.fedex.com/shipping.html en PrintFrame.html

From    (347) 556-5470
Douglas Strong
Evergreen Distributors
72 Longwood Road

Port Washington, NY 11050

FedEx

**G**

Ship Date 21AUG13
ActWgt 30.0 LB
CAD 105508975/INET3430

Master# 3812190 10000005

Invoice #
Reference #
PO #
Dept #
Ship ID

SHIP TO:   (228) 257-3841
**Jamaal**
**Wholesale Outlet**

**2710 South 11th St**

**BEAUMONT, TX 77701**







(9612019) 3812190 10000166

**GND**

Prepaid

**019**

17
of
20

EVERGREEN DISTRIBUTORS, LLC
7197 Hwy 61, P.O. Box 3325
Saint Francisville, LA 70775

Starco Impex Wholesale Outlet
2710 S 11th St
Beaumont, TX 77701

| | Invoice # | 08221 |
|---|---|---|
| | Invoice Date | 08/22/20 |
| | Due Date | 08/22/20 |

| | | | | |
|---|---|---|---|---|
| Zig Zag | 44; 200L 4 4; 800 | 23.00 | 800.00 | 18,400.00 |
| EZ Wider Double Wide | 254; / x 8x 2.5 4 | 43.00 | 800.00 | 34,400.00 |

4

2.5

8/27/13

NOTES: FedEx Tracking numbers below;
381219010000104
381219010000111
381219010000128
381219010000135
381219010000050
381219010000289
381219010000074
381219010000081
381219010000098
381219010000005
381219010000012
381219010000029
381219010000036
381219010000043
381219010000180
381219010000173
381219010000166
381219010000159

381219010000142
381219010000234
381219010000227
381219010000210
381219010000203
381219010000197
381219010000067
381219010000272
381219010000265
381219010000258
381219010000241

| | |
|---|---|
| Subtotal | 52,800.00 |
| Total | 52,800.00 |
| Amount Paid | 0.00 |
| Balance Due | $52,800.00 |

# **EXHIBIT C**



## COUNTERFEIT

**Top view of carton of counterfeit ZIG-ZAG® Orange distributed by the Evergreen Defendants**

- Poor quality printing
- Not coated with characteristic ultra-violet varnish

## AUTHENTIC

**Top view of carton of authentic ZIG-ZAG® Orange distributed by North Atlantic**

- High quality printing
- Coated with characteristic ultra-violet varnish



## AUTHENTIC



Side view of carton of authentic
ZIG-ZAG® Orange distributed
by North Atlantic

- High quality printing
- Coated with characteristic ultra-violet varnish
- Rounded corners on perforated openings on side of carton

## COUNTERFEIT



Side view of carton of counterfeit
ZIG-ZAG® Orange distributed by
the Evergreen Defendants

- Poor quality printing
- Not coated with characteristic ultra-violet varnish
- Straight corners on perforated openings on side of carton



**On LEFT:** Booklet of authentic ZIG-ZAG®
Orange distributed by North Atlantic

**On RIGHT:** Booklet of counterfeit ZIG-ZAG®
Orange distributed by the Evergreen Defendants.

- Laid flat, the counterfeit booklet is slightly
  longer than the authentic booklet



**COUNTERFEIT**

Counterfeit ZIG-ZAG® Orange papers
distributed by the Evergreen Defendants

- Printed, false watermark
- Thick, yellowed glue

**AUTHENTIC**

Authentic ZIG-ZAG® Orange papers
distributed by North Atlantic

- Actual watermark
- Thin, transparent glue

# EXHIBIT D

**COUNTERFEIT**

Top view of carton of counterfeit ZIG-ZAG® Orange distributed by the Hookah Plus Defendants

- Poor quality printing
- Not coated with characteristic ultra-violet varnish

**AUTHENTIC**

Top view of carton of authentic ZIG-ZAG® Orange distributed by North Atlantic

- High quality printing
- Coated with characteristic ultra-violet varnish

| COUNTERFEIT | AUTHENTIC |
|---|---|
|  |  |
| **Side view of carton of counterfeit ZIG-ZAG® Orange distributed by the Hookah Plus Defendants** | **Side view of carton of authentic ZIG-ZAG® Orange distributed by North Atlantic** |
| • Poor quality printing<br>• Not coated with characteristic ultra-violet varnish, and does not contain small unvarnished area with serial number beneath UPC code | • High quality printing<br>• Coated with characteristic ultra-violet varnish, except for small unvarnished area with serial number beneath UPC code |

| COUNTERFEIT | AUTHENTIC |
| --- | --- |
|  | |
| Side view of carton of counterfeit ZIG-ZAG® Orange distributed by the Hookah Plus Defendants | Side view of carton of authentic ZIG-ZAG® Orange distributed by North Atlantic |
| • Poor quality printing<br>• Not coated with characteristic ultra-violet varnish<br>• Straight corners on perforated openings on side of carton | • High quality printing<br>• Coated with characteristic ultra-violet varnish<br>• Rounded corners on perforated openings on side of carton |



**On LEFT:** Booklet of authentic ZIG-ZAG®
Orange distributed by North Atlantic

**On RIGHT:** Booklet of counterfeit ZIG-ZAG®
Orange distributed by the Hookah Plus
Defendants

- Laid flat, the counterfeit booklet is slightly
  longer than the authentic booklet



**COUNTERFEIT**

Counterfeit ZIG-ZAG® Orange papers
distributed by the Hookah Plus Defendants

- Printed, false watermark
- Thick, yellowed glue

**AUTHENTIC**

Authentic ZIG-ZAG® Orange papers
distributed by North Atlantic

- Actual watermark
- Thin, transparent glue